## 22368. MODERN HOMES CONSTRUCTION COMPANY v. MACK.

DUCKWORTH, Chief Justice. The record in this case presents the identical questions made in *Modern Homes Construction Co. v. Mack,* ante, and the judgments complained of herein are reversed for the same reason.

*Judgments reversed. All the Justices concur.*